UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARDIK MEKHTARIAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C. ORTEGA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00696-ADA-CDB (PC)<br><br>ORDER TO SHOW CAUSE<br><br>(Doc. 33)<br><br><br>**FOURTEEN (14) DAY DEADLINE** |

Defendant Ortega filed a motion to dismiss on August 11, 2023. (Doc. 33.) Plaintiff has failed to file a response in opposition or notice of non-opposition within the time allotted under Local Rule 230(*l*).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing, **within fourteen (14) days**, why this Court should not consider Defendant's motion to dismiss as unopposed. Alternatively, within the same time period, Plaintiff may file a response to the motion to dismiss.

**Failure to timely comply with this Order will result in consideration of Defendant Ortega's motion to dismiss as unopposed AND may result in the imposition of sanctions, including dismissal of the action.**

IT IS SO ORDERED.

Dated: __September 6, 2023__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE